IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALVIN SEDEKI KAMARA, | : | No. 3:24cv2249 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| WARDEN LEONARD ODDO, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 27th day of January 2025, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus is **DENIED** without prejudice. (Doc. 1).

2. Petitioner's motion (Doc. 14) for a temporary restraining order is **DISMISSED** as moot in light of paragraph 1.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court